[No. 13340-1-III.    Division Three.    December 22, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. JAMES
MOUNTSIEL THORN, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-01218-0, Wallis W. Friel, J., entered June 1, 1993. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson, J., and McInturff, J. Pro Tem.

[No. 31841-1-I.    Division One.    December 27, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. CHRISTOPHER
G. KARRAS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-00365-0, Gerald L. Knight, J., entered November 10, 1992. *Affirmed* by unpublished opinion per Baker, A.C.J., concurred in by Coleman and Agid, JJ.

[No. 31707-5-I.    Division One.    December 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
HENLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-03413-3, Richard M. Ishikawa, J., entered November 9, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 32578-7-I.    Division One.    December 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK C.
ALAMEDA, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 92-1-02246-6, James D. McCutcheon, Jr., J., entered February 16 and March 3, 1993. *Dismissed* by unpublished per curiam opinion.